| | AUSA: Eaton Brown | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kristopher Mead | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
   v.

Michael Gary Petersen

Case No.

Case: 2:26−mj−30420
Assigned To : Unassigned
Assign. Date : 7/14/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 9, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Wayne _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threat to assault or murder a federal law enforcement |
| 18 U.S.C. § 875(c) | Interstate communications involving threats |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Kristopher Mead,  Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 14, 2026 _____

_____
*Judge's signature*

City and state:  Dteroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Kristopher Mead, being sworn, depose and state the following:

### INTRODUCTION

1. This affidavit is in support of a criminal complaint charging Michael Gary PETERSEN with violations of Title 18, United States Code, Section 115(a)(1)(B), and Title 18, United States Code, Section 875(c).

2. I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, such as making threatening statements against law enforcement officials. I have 23 years of federal law enforcement experience. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7) and empowered by law to conduct investigations of and to make arrests for the offenses in violation of Title 18 of the United States Code.

3. The facts in this affidavit come from my personal observations, my training and experience, and information

obtained from other agents, local law enforcement, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that Michael Gary PETERSEN has violated 18 U.S.C. § 115(a)(1)(B) (threat to assault or murder a federal law enforcement officer) and 18 U.S.C. § 875(c) (interstate communications involving threats). This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant, and it does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

5.      On January 9, 2026, HSI Detroit received information from the Federal Bureau of Investigations (FBI) Detroit regarding threats made to Immigration and Customs Enforcement (ICE) employees publicly posted on the social media platforms Facebook, Threads, and TikTok. Based on a review of the publicly available

accounts, these accounts appear to be managed, used by, or registered to Michael Gary PETERSEN.

6.     PETERSEN is a 41-year-old male residing in Melvindale, Michigan. PETERSEN has a substantial social media presence promoting his amateur filmmaking business under the name Dark Fortress Pictures LLC, which was registered with the State of Michigan's Department of Licensing and Regulatory Affairs in 2012 using the address listed on PETERSEN's Michigan driver's license. This business name is listed on the Facebook profile page bearing his photo.



7. On January 8, 2026, Facebook account "michaelgarypetersenofficial" posted references to the ICE shooting in Minnesota that occurred the day before, which resulted in the death of a member of the public. This post includes a wanted poster for the ICE officer that depicts the officer's likeness, vehicle description and license plate, and a place to report any sightings of this officer. This post also includes an altered quote from the movie *Inglourious Bastards* when Lieutenant Aldo Raine said, "Each man under my command owes me 100 MAGA scalps...and I want my

scalps!" MAGA, referencing supporters of President Donald J. Trump and conservatives, replaced the word 'Nazi', as the movie was set during World War II.



8.     In response to a comment made by another user on this post, PETERSEN wrote, "I can't wait till someone shoots him in the face."



9.     This Facebook account bears a photo of PETERSEN as its avatar and PETERSEN's full name.

10.    On     January     8,     2026,     Threads     account "dark_fortress_pictures_llc" responded to a post depicting an ICE agent stating, "Oh I plan to shoot all of them if I see them in my neighborhood."



11. On January 8, 2026, TikTok account "Dark_Fortress_Pictures" posted a clip of a traffic stop from the movie *Fargo*, in which the occupant of a car pulls a police officer's head into the driver's side window and shoots him at point-blank range. The post is captioned, "When #ICE tries to get into your vehicle without #concent #FAFO #FDT #sayhername."



12.     In response to the post a user commented, "So you think murdering people for protecting the country is a good thing? Why don't you pull a stupid stunt like that lady yesterday and see how well it goes for ya." In response, "Dark_Fortress_Pictures" write, "When it comes to people like ICE, all bets are off."



13.    Another user commented, "As a Canadian a can finally agree with y'all's gun laws, use them, this is what they are for. "Dark_Fortress_Pictures" replied, "Oh I plan to. First chance I get."



14.    On January 8, 2026, PETERSEN posted a video of himself on his "Dark_Fortress_Pictures" TikTok account. The video shows PETERSEN cleaning his glasses and responding to a user who asked, "Why ur country isn't on fire right now is beyond". Below is a transcript of PETERSEN's statement:

> You know I ask that question on a daily basis. There's been several instances where we should be in the streets right now with pitchforks, torches, and our guns. However, it's really hard to motivate the American people because half this goddamn population here in the states are fucking morons. However (chuckle) I'm waiting… I am waiting and I know for a fact that this is going to be the tipping point because if I

start seeing any of those "agents" in my streets, especially in my neighborhood, there's not gonna be any of 'em left (looking directly in the camera). Especially when they start harassing my neighbors because I have a heavy Middle Eastern community here. If I catch any of them harassing them when I know for a fact that they're actually citizens here with their paperwork and everything… there's not gonna be any of 'em left and that's a damn fucking fact (looking directly into the camera).



15. On January 8, 2026, PETERSEN posted a video of himself on his "Dark_Fortress_Pictures" TikTok account:

So, the American gestapo finally did it. They shot a woman point blank range right in the face in Minnesota. Now, before you brain-dead cult members jump into my comment section saying it was justified, I'm gonna stop you right there cuz I'm in no mood to school you guys cuz you guys are too far gone at this point. I saw all four angles and what I saw was a woman try to get away from the villains. Three masked villains. And when she was trying to get away, one didn't like it, so he opened fire. That is what I saw. Now, this is how it starts. Do not come on here and start crying when they start dropping off like flies. I'll tell you this, if I was in her position and I was riding shotgun with her (chuckle)…let's just say that they (emphasized) would be on the concrete and I'd be praised the motherfucking king right now. You also forget we carry, too, and we're better shots.



16.   On January 8, 2026, PETERSEN posted a video of himself on his "Dark_Fortress_Pictures" TikTok account in which he reacted to another video of a woman talking about the Hilton Hotel in Minnesota that cancelled the reservations of ICE employees:

> I got a better idea. How about we just shut it all down. How about we stop wasting time saying that we're gonna do stuff,

boycotting just individual businesses. How about we shut the fuck down. We take to the streets. Enough of this bullshit.



17.    On January 16, 2026, law enforcement executed a search warrant issued by this Court under 26-MC-50043 on the residence of PETERSEN.

18.     On January 28, 2026, PETERSEN came to HSI's office in Detroit, MI to retrieve his property. In the presence of HSI SA Tony Romolino, and a friend of PETERSEN's, I reminded PETERSEN that although he has a right to express himself, he crosses a line when he threatens to murder law enforcement officers. I also told PETERSEN that he should find a more suitable outlet for his frustrations with the country's current state of affairs. The interaction was cordial, and PETERSEN expressed appreciation for the warning.

19.     On July 7, 2026, HSI Detroit was made aware by the Protection Intelligence division of ICE that PETERSEN had made more threatening statements online, several of which are described below.

20.     On June 7, 2026, dark_fortress_pictures_llc replied to a thread post about ICE Agent Jonathan Ross, who was exonerated for the fatal shooting of Renee Good, stating, "He can't escape a bullet. It's coming soon. Just wait.;)"



ICE Agent Jonathan Ross Who Killed Renee Nicole Good Will Face No Criminal Charges

♡ 4.5K      Q 894      ⟳ 44      ▽ 10


dark_fortress_pictures_llc 6/7/26                                    ...
He can't escape a bullet. It's coming soon. Just wait. ;)

21.    On June 7, 2026, dark_fortress_pictures_llc replied to a thread post about immigration officers entering an airplane to detain someone, stating, "I would have beat that agents (sic) ass and put a bullet in his brain."



**dark_fortress_pictures_llc** 6/7/26 ...
I would have beat that agents ass and put a bullet in his brain.

22.     On June 14, 2026, dark_fortress_pictures_llc replied to a thread post about ICE in Ventura, California "violently assaulting an American citizen in broad daylight," stating, "You people need to start shooting them."



**dark_fortress_pictures_llc** 6/14/26
You people need to start shooting them.

23.     On June 14, 2026, dark_fortress_pictures_llc replied to a thread post about an FBI agent harassing a protester from Delaney Hall in Newark, stating, "Just shoot them," and "Yep. I plan on shooting them if I see it with my own eyes."



**dark_fortress_pictures_llc** 6/14/26 ...
Just shoot them.



dark_fortress_pictures_llc 6/14/26

Yep. I plan on shooting them if I see it with my own eyes.

24.    On June 19, 2026, dark_fortress_pictures_llc responded to a thread post about Josh Hokit, stating, "Wait till we start throwing grenades and start shooting armor piercing rounds at these agents."



dark_fortress_pictures_llc 6/19/26

Reply to unavailable post

Wait till we start throwing grenades and start shooting armor piercing rounds at these agents.

25.    On June 22, 2026, dark_fortress_pictures_llc responded to a thread user's comments about using resisting arrest as an excuse for police to take someone's life, stating, "The best thing to do is to shoot these officers in the face."



dark_fortress_pictures_llc 6/22/26

The best thing to do is to shoot these officers in the face.

26.     On June 30, 2026, dark_fortress_pictures_llc responded to a thread post about a standoff between anti-ICE protestors and federal agents. Another user commented, and dark_fortress_pictures_llc replied, stating, "I have a bullet with your name on it."



27.     On July 1, 2026, dark_fortress_pictures_llc replied to a threat post about Nick Shirley, stating, "I think Nick Shirley should go the way of Charlie Kirk." Another user responded, and dark_fortress_pictures_llc replied, "Just do yourself a favor and stop breathing otherwise I'll do it for you."



28.    On July 2, 2026, dark_fortress_pictures_llc replied to a thread post about ICE in Michigan, stating, "Wait till they start (sic) get run over by people who've had enough of their bullshit."



29.     On July 4, 2026, dark_fortress_pictures_llc replied to a thread post about ICE storming a lobby of a country club in Illinois, stating, "This is why we need to start shoot (sic) ICE."



30.     On July 6, 2026, dark_fortress_pictures_llc replied to a thread post about Tom Homan, the border czar for the Trump Administration, stating, "I'm ready to see Homan get a bullet to the head."



31.    Based on the statements above, there is probable cause to believe that PETERSEN is threatening to assault and/or murder federal law enforcement officers with the intent to impede, intimidate, or interfere with officers while engaged in the performance of their official duties or with the intent to retaliate against federal law enforcement officers on account of the performance of their official duties. 18 U.S.C. § 115(a)(1)(B).

32.    Based on PETERSEN's statements to other social media users, there is also probable cause to believe PETERSEN knowingly transmitted messages in interstate and foreign commerce

containing a true threat to injure another person. 18 U.S.C. § 875(c).

33.    Based on my review of PETERSEN's social media, including the statements above, and my training and experience, there is probable cause to believe that PETERSEN's statements are true threats because they encompass statements where the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals. 18 U.S.C. § 871(a).

## CONCLUSION

34.    Based on the above information, there is probable cause to conclude that PETERSEN threatened to assault and/or murder federal law enforcement officers, in violation of Title 18, United States Code, Section 115(a)(1)(B), and made interstate communications with a threat to injure another person, in violation of Title 18, United States Code, Section 875(c).

_____
Kristopher Mead
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated:  July 14, 2026