AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  26-30420 |
| MICHAEL GARY PETERSEN | ) | |
| | ) | |
| | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:* Theodore Levin U.S. Courthouse 231 West Lafayette Boulevard Detroit, MI  48226 | *Courtroom:*      Room 104 |
|---|---|
| | *Date and Time:* 7/17/26 AT 1:00PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  July 16, 2026                                          s/David R. Grand
                                                                            *Judicial Officer's Signature*


                                                                   David R. Grand, U.S. Magistrate Judge
                                                                   *Printed name and title*