# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States sf America,

     Plaintiff,
                            Case No. 26-mj-30420

v.

Michael Gary Petersen,

     Defendant.

_____/

## Motion to Dismiss Complaint Without Prejudice

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Defendant Michael Gary Petersen. In this case, the government needs additional time to evaluate the evidence and determine whether charges are appropriate. *See United States v. Lovasco,* 431 U.S. 783, 790–96 (1977); 18 U.S.C. § 3161(d)(1).

Accordingly, the government requests leave to dismiss the complaint without prejudice.

Counsel for Defendant Petersen concurs in the motion and relief sought.

1

Respectfully submitted,

Jerome F. Gorgon, Jr.
United States Attorney

*s/ Stephen Carr*
Stephen Carr
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Stephen.Carr@usdoj.gov
(313) 226-9721

Dated: August 6, 2026

## Certificate of Service

I hereby certify that on Thursday, August 06, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record.

s/ Stephen Carr
Assistant United States Attorney
U.S. Attorney's Office