UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                        Plaintiff,

v.                                              Case No. 2:26–mj–30420–DUTY


Michael Gary Petersen,

                        Defendant(s),

_____


### ORDER FOR DISMISSAL OF COMPLAINT

    This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Michael Gary Petersen.

    Accordingly, it is hereby ordered that the Complaint against Michael Gary Petersen be dismissed and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.


                              s/Anthony P. Patti_____
                              Anthony P. Patti
                              U.S. Magistrate Judge


### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Shelby C Hicks_____
                                  Case Manager


Dated:   August 7, 2026